UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAHUSIA J. BANSHU,

                     Plaintiff,

-against-

SHOLOMO S. HAGGLER, ET AL.,

                     Defendants.

24-CV-3524 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 8, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 8, 2024
           New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge